**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOLARCITY CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, a Delaware corporation, and<br><br>ANNE SHULDES-TORRICELLI, an individual,<br><br>Defendants. | CASE NO. 5:16-cv-05509-LHK<br><br>Hon. Lucy H. Koh<br><br>[~~PROPOSED~~] ORDER RE: DEFENDANT SUNPOWER CORPORATION'S UNOPPOSED REQUEST AND TO ALLOW LEAD COUNSEL TO PARTICIPATE IN THE JANUARY 25, 2017 CASE MANAGEMENT CONFERENCE BY TELEPHONE |

Having considered Defendant SunPower Corporation's **UNOPPOSED REQUEST TO ALLOW LEAD COUNSEL TO PARTICIPATE IN THE JANUARY 25, 2017 CASE MANAGEMENT CONFERENCE BY TELEPHONE**, for the reasons stated therein:

**IT IS SO ORDERED.**

Dated: 1/15/2017

*/s/ Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge

> Request for telephonic appearance is granted. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.